**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CV1921
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

In the Matter of

DIANE RUDNICK, individually and as Special Administrator of the Estate of BRIAN RUDNICK, Deceased, v. PRAIRIE MATERIAL SALES, INCORPORATED a corporation; et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PPRAIRIE MATERIAL SALES, INC., an Illinois Corporation, SOUTHFIELD CORPORATION, an Illinois Corporation (incorrectly sued as, SOUTHFIELD CORPORATION, a Corporation; SOUTHFIELD CORPORATION, a Corporation formerly known as PRAIRIE MATERIAL SALES, INC.); and NABIL LOUDANI

FILED
APR 03 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| TIA C GHATTAS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| COZEN O'CONNOR |

| STREET ADDRESS |
|---|
| 222 S. RIVERSIDE PLAZA, SUITE 1500 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6269818 | 312-382-3116 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐