

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

*08CV1921*
*JUDGE PALLMEYER*
*MAGISTRATE JUDGE NOLAN*

In the Matter of

DIANE RUDNICK, individually and as Special Administrator of the Estate of BRIAN RUDNICK, Deceased, v. PRAIRIE MATERIAL SALES, INCORPORATED a corporation; et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PPRAIRIE MATERIAL SALES, INC., an Illinois Corporation, SOUTHFIELD CORPORATION, an Illinois Corporation (incorrectly sued as, SOUTHFIELD CORPORATION, a Corporation; SOUTHFIELD CORPORATION, a Corporation formerly known as PRAIRIE MATERIAL SALES, INC.); and NABIL LOUDANI

| | |
|---|---|
| NAME (Type or print)<br>KRISTIN S. YOO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | FILED<br>APR 03 2008<br>Apr 3. 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| FIRM<br>COZEN O'CONNOR | |
| STREET ADDRESS<br>222 S. RIVERSIDE PLAZA, SUITE 1500 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279521 | TELEPHONE NUMBER<br>312-382-3139 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐