IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DIANE RUDNICK, individually and as Special Administrator of the Estate of BRIAN RUDNICK, Deceased, <br><br>    Plaintiff, <br><br>  v. <br><br> PRAIRIE MATERIAL SALES, INCORPORATED A corporation; SOUTHFIELD CORPORATION, a Corporation; SOUTHFIELD CORPORATION, a Corporation formerly known as PRAIRIE MATERIAL SALES, INC., and NABIL LOUDANI, <br><br>    Defendants. | Civil Action No. 08 CV 1921 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Nolan |

TO: Daniel V. O'Connor
Telly C. Nakos
Anesi, Ozmon, Rodin, Novak & Kohen, LTD.
161 North Clark Street – 21st Floor
Chicago, IL 60601

On **May 1, 2008 at 8:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer in Room 2119 at the Northern District of Illinois, Eastern Division, and shall then and there move the Court in accordance with the attached **DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT**, a copy of which are attached hereto and served upon you.

                                    COZEN O'CONNOR

Dated: April 28, 2008         By:   s/Kristin S. Yoo
                                    One of the Attorneys for Defendants

Tia C. Ghattas (ARDC No. 6269818; tghattas@cozen.com)
Kristin S. Yoo, (ARDC No. 6279521; kyoo@cozen.com)
COZEN O'CONNOR
222 S. Riverside Plaza, Suite 1500
Chicago, Illinois  60606
(312) 382-3100

## PROOF OF SERVICE

Under penalties as provided by law, the undersigned certifies that the foregoing document available for was served on counsel of record by electronic filing this 28th day of April, 2008, and the same is viewing by downloading on the Court's ECF system.

                                    s/Kristin S. Yoo

1