## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1921 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Diane Rudnick vs. Prairie Material Sales Incorporated et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion for a more definite statement [8] withdrawn by agreement. Plaintiff to file Amended Complaint by or on 5/20/2008.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|