MHW

14693/DVO/TCN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 0 1 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DIANE RUDNICK, as Special            )
Administrator of the Estate of BRIAN )
RUDNICK, Deceased,                   )
                                     )
                    Plaintiff(s),    )      Case No.1:08-cv-01921
                                     )
v.                                   )
                                     )
PRAIRIE MATERIAL SALES,              )
INCORPORATED, et al.,                )
                    Defendant(s).    )

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Tia C. Ghattas, Esq., Kristin S. Yoo, Esq. Cozen O'Connor, 222 S. Riverside Plaza Suite 1500, Chicago, Illinois 60606

PLEASE TAKE NOTICE that on May 1, 2008, we shall file with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached:

**ATTORNEY APPEARANCE FORMS**

a copy of which is attached hereto and served upon you herewith.

By: _____
Attorneys for Plaintiff(s)

Daniel V. O'Connor
Telly C. Nakos
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL 60601
312/372-3822

### CERTIFICATE OF SERVICE BY MAIL

The undersigned, being first duly sworn on oath, deposes and states that on May 1, 2008, he served the FOREGOING NOTICE OF FILING and DOCUMENTS LISTED THEREIN by mailing a copy to each party to whom it is directed and depositing the same in the U.S. Mail at 161 North Clark Street - 21st Floor, Chicago, Illinois, at 5:00 p.m. with proper postage prepaid.

_____

Daniel V. O'Connor
Telly C. Nakos
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL 60601
312/372-3822

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number: 1:08-cv-01921

Diane Rudnick,

v.

Prairie Material Sales Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Diane Rudnick, Plaintiff

**FILED**

MAY 0 1 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Daniel V. O'Connor |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Daniel V O'Connor |

| FIRM |
|---|
| Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. |

| STREET ADDRESS |
|---|
| 161 North Clark Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06209658 | (312) 372-3822 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [X]     APPOINTED COUNSEL [ ]