14693/DVO/TNC/MN                                                                                          ARDC# 06209658

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DIANE RUDNICK, Individually and as Special )
Administrator of the Estate of BRIAN )
RUDNICK, Deceased, )
     *Plaintiff(s),* )
)
vs. )
)  Case No.  O8 C 1921
)
PRAIRIE MATERIAL SALES, )
INCORPORATED, a Corporation and NABIL )
LOUDANI, )
     *Defendants(s).* )

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO: Tia C. Ghattas, Esq., Kristin S. Yoo, Esq., Cozen O'Connor, 222 S. Riverside Plaza, Suite 1500, Chicago, Illinois  60606

  PLEASE TAKE NOTICE that on the May 16, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached:

***PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW***

a copy of which is attached hereto and served upon you herewith.

            By: /s/Daniel V. O'Connor
              Attorneys for Plaintiff(s)

Daniel V. O'Connor
Telly C. Nakos
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822

### CERTIFICATE OF SERVICE VIA MAIL AND ELECTRONIC TRANSMISSION

  The undersigned, being first duly sworn on oath, deposes and states that on the May 16, 2008 s/he served the ***FOREGOING NOTICE OF FILING AND CERTIFICATE OF SERVICE and DOCUMENT(S) LISTED THEREIN*** electronically to all law firms of record via ECF and by mailing a copy to each party to whom it is directed by depositing the same in the U.S. Mail at 161 North Clark Street - 21st Floor, Chicago, Illinois, at 5:00 p.m. with proper postage prepaid and electronically to all law firms of record via ECF.

              /s/Daniel V. O'Connor