14693/DVO/TNC/MN                                                              ARDC# 06205204

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DIANE RUDNICK, Individually and as Special Administrator of the Estate of BRIAN RUDNICK, Deceased,<br><br>　　　　　　*Plaintiff(s)*,<br><br>vs.<br><br>PRAIRIE MATERIAL SALES, INCORPORATED, a Corporation and NABIL LOUDANI,<br><br>　　　　　　*Defendants(s)*. | Case No.   O8 C 1921 |

### NOTICE OF MAILING AND CERTIFICATE OF SERVICE

TO:　Tia C. Ghattas, Esq., Kristin S. Yoo, Esq. Cozen O'Connor, 222 South Riverside Plaza, Suite 1500, Chicago, Illinois  60606

　　　PLEASE TAKE NOTICE that on **June 12, 2008**, we caused to be mailed to the above individuals the following:

### *INTERROGATORIES and REQUEST TO PRODUCE DIRECTED TO DEFENDANTS*

　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/Daniel V. O'Connor_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff(s)

Daniel V. O'Connor, Esq.
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822

### CERTIFICATE OF SERVICE VIA MAIL AND ELECTRONIC FILING

　　　The undersigned, being first duly sworn on oath, deposes and states that on **June 12, 2008** s/he served the *FOREGOING NOTICE OF MAILING AND CERTIFICATE OF SERVICE* electronically to all law firms of record via ECF and by mailing a copy to all law firms of record via U.S. Mail and that s/he served the   *DOCUMENT(S) LISTED IN SAID NOTICE OF MAILING AND CERTIFICATE OF SERVICE*   to all law firms of record by mailing a copy to each party to whom it is directed and depositing the same in the U.S. Mail at 161 North Clark Street - 21st Floor, Chicago, Illinois, at 5:00 p.m. with proper postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/Daniel V. O'Connor_____