IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE RUDNICK, Individually and as Special Administrator of the Estate of BRIAN RUDNICK, Deceased, | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Case No. 08 C 1921 |
| PRAIRIE MATERIAL SALES, INCORPORATED, a Corporation and NABIL LOUDANI, | ) ) ) ) | Judge Rebecca R. Pallmeyer Magistrate Judge Nolan |
| Defendant(s). | ) ) | |

**REPORT OF PARTIES PLANNING MEETING**

**1.     Meeting.**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held at the offices of Plaintiff's counsel on June 13, 2008, and was attended by Tia C. Ghattas and Kristin S. Yoo on behalf of the Defendants and Daniel O'Connor on behalf of the Plaintiff. The following constitutes the agreement of the parties as a result of those meetings.

**Parties and Representatives**

Plaintiff:                          DIANE RUDNICK, Individually and as
                                    Special Administrator of the Estate of
                                    BRIAN RUDNICK, Deceased

Counsel for Plaintiff:    Daniel V. O'Connor
                                    Telly C. Nakos
                                    Anesi, Ozmon, Rodin, Novak & Kohen, LTD.
                                    161 North Clark Street – 21st Floor
                                    Chicago, IL 60601
                                    Telephone: (312) 372-3822

Defendants:                  PRAIRIE MATERIAL SALES,
                                    INCORPORATED, a Corporation and
                                    NABIL LOUDANI

      Counsel for Defendant:        Tia C. Ghattas
                                             Kristin S. Yoo,
                                             COZEN O'CONNOR
                                             222 S. Riverside Plaza, Suite 1500
                                             Chicago, Illinois 60606
                                             Tel: (312) 382-3100

**2.**     **Pre-Trial Schedule.**

    a.     Synopsis of case.

**Plaintiff:** The Plaintiff, DIANE RUDNICK, as Special Administrator of the Estate of BRIAN RUDNICK, is seeking compensatory damages and financial losses for alleged severe and permanent injuries resulting in the death of Plaintiff's Decedent on January 18, 2008, that were proximately caused by a collision between the vehicle the Defendant, NABIL LOUDANI, was driving in the roadway on Michigan Avenue at or near 14th Street in Chicago, Illinois. Plaintiff alleges that NABIL LOUDANI was an agent, servant and/or employee of the Defendant, PRAIRIE MATERIAL SALES, INC. Plaintiff, DIANE RUDNICK, is also seeking compensatory damages for loss of consortium.

**Defendant:** Defendants deny the allegations that are contained in Plaintiff's Complaint.

Discovery is necessary to determine the basis of Plaintiff's allegations and investigate the facts and circumstances alleged in the Complaint.

    b.     The parties shall serve their Fed. R. Civ. P. 26(a)(1) initial disclosures on or before August, 14, 2008. Fact discovery shall be commenced in time to be completed by June 18, 2009.

    c.     The parties expect that they will need approximately 13 - 15 depositions, including the Plaintiff, Nabil Loudani, 5 independent occurrence witnesses, investigating police officers, coroner, representatives of Prairie Material Sales, Inc. and representatives of Walsh Construction.

    d.     Plaintiff shall disclose the name, address, and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) on or before August 16, 2009 with plaintiff's expert(s) depositions to be completed by October 16, 2009.

        Defendants shall disclose the name, address, and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P.26(a)(2)(B) on or before December 11, 2009, with defendants' expert(s) depositions proceeding by February 5, 2010.

    e.    All motions for leave to amend the pleadings and/or to join additional parties shall be filed on or before by plaintiff on or before January 18, 2010; by Defendants on or before March 30, 2010;

    f.    All potentially Dispositive motions should be filed by April 16, 2010.

    g.    Final Pretrial Order: Plaintiff to prepare proposed draft by June 16, 2010; Parties to file joint final pre-trial order by June 30, 2010.

### Pre-Trial Settlement Conferences

The parties agree that it would be helpful to hold an initial conference with Magistrate Judge at the conclusion of discovery to discuss settlement, among other things. The parties suggest scheduling this conference in February 2010.

    h.    **Trial Date**

This case should be ready for trial by August 3, 2010 and is expected to take approximately 5 days.

**3.    Settlement.**

Parties have not had any settlement discussions. Plaintiff is not ready to make a settlement demand at this time and will provide Defendants with a settlement demand upon determination of the damages.

**4.    Consent.**

Parties do not consent unanimously to proceed before a Magistrate Judge at this time.

Date: June 13, 2008

Respectfully Submitted on behalf of all parties.

| | |
|---|---|
| By: _s/Kristin S. Yoo_____ | By: __s/Daniel O'Connor_____ |
| Attorneys for Defendants | Attorneys for Plaintiff |
| **PRAIRIE MATERIAL SALES, INCORPORATED and NABIL LOUDANI** | **DIANE RUDNICK, Individually and as Special Administrator of the Estate of BRIAN RUDNICK, Deceased** |
| Tia C. Ghattas (ARDC No. 6269818; tghattas@cozen.com) | Daniel V. O'Connor |
| Kristin S. Yoo, (ARDC No. 6279521; kyoo@cozen.com) | Telly C. Nakos |
| COZEN O'CONNOR | Anesi, Ozmon, Rodin, Novak & Kohen, LTD. |
| 222 S. Riverside Plaza, Suite 1500 | 161 North Clark Street – 21st Floor |
| Chicago, Illinois 60606 | Chicago, IL 60601 |
| (312) 382-3100 | Telephone: (312) 372-3822 |

## CERTIFICATE OF SERVICE

    Under penalties as provided by law, the undersigned certifies that the foregoing document available for was served on counsel of record by electronic filing this 16TH day of June, 2008, and the same is viewing by downloading on the Court's ECF system.

s/Kristin S. Yoo