UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Diane Rudnick
                              Plaintiff,

v.                                             Case No.: 1:08−cv−01921
                                                          Honorable Rebecca R. Pallmeyer

Prairie Material Sales Incorporated, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Discovery hearing held on 6/18/2008. Plaintiff is given to and including 1/18/2010 to amend all pleadings, and to 1/18/2010 to add any additional parties. Defendant is given to and including 3/30/2010 to amend all pleadings, and to 3/30/2010 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 8/16/2009, with plaintiff's expert(s) depositions to be completed by 10/16/2009. Defendant shall comply with FRCP(26)(a)(2) by 12/11/2009, with defendants' expert(s) depositions to be completed by 10/16/2009. Fact discovery ordered closed by 6/18/2009., Dispositive motions with supporting memoranda due by 4/16/2010. Pretrial Order due by 6/30/2010. Status hearing set for 9/17/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.