14693/DVO/TCNMN                                              ARDC# 06205204

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE RUDNICK, Individually and as Special Administrator of the Estate of BRIAN RUDNICK, Deceased, | ) ) ) ) | |
| Plaintiff(s), | ) ) | *Case No.* 08 C 1921 |
| v. | ) ) | |
| PRAIRIE MATERIAL SALES, INCORPORATED, a Corporation and NABIL LOUDANI, | ) ) ) ) | |
| Defendant(s). | ) | |

## NOTICE OF MOTION

TO:   Tia C. Ghattas/Kristin S. Yoo/Edward M. Ordonez
      Cozen & O'Connor, 222 South Riverside Plaza, Suite 1500, Chicago, IL  60606

PLEASE TAKE NOTICE that on **July 23, 2008**, at **8:45 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in Room 2119 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there move this Honorable Court in accordance with **Plaintiff's Motion To File Second Amended Complaint at Law**, a copy of which is attached hereto and served upon you..

**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
Attorneys for Plaintiff(s)
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822

### CERTIFICATE OF SERVICE VIA FACSIMILE
### TRANSMISSION AND ELECTRONIC TRANSMISSION

I, the undersigned being first duly sworn on oath, deposes and states that on July 18, 2008, s/he served the foregoing Notice of Motion and Certificate of Service and Motion(s) Listed therein electronically to all law firms of record via ECF and by Faxing a copy to each party to whom it is directed.

                                              /s/Daniel V. O'Connor