## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1921 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Diane Rudnick vs. Prairie Material Sales | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file Second Amended Complaint [22] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|