14693/DVO/TCN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DIANE RUDNICK, Individually and as Special Administrator of the Estate of Brian Rudnick, Deceased, )<br><br>*Plaintiff(s),* )<br>*vs.* )<br>)<br>Prairie Material Sales, Incorporated, a Corporation and Nabil Loudani, )<br>*Defendants(s).* | Case No. 08 CV 1921 |

## REPLY TO AFFIRMATIVE DEFENSE

Now comes the Plaintiff, Diane Rudnick, by her attorneys, ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD., and in reply to the Affirmative Defense filed by the Defendants, Prairie Material Sales, Inc., an Illinois Corporation, and Nabil Loudani, to Plaintiff's Second Amended Complaint at Law states as follows:

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiff admits only those duties imposed upon him by operation of law.

2. Plaintiff admits only those allegations imposed upon the decedent by operation of law.

3. Plaintiff denies the allegations in paragraph 3 to and including subparagraphs a through f.

4. Plaintiff denies the allegations contained in paragraph 4.

WHEREFORE, Plaintiff requests that judgment be entered in favor of the Plaintiff and against the Defendant.

### SECOND AFFIRMATIVE DEFENSE

1. Plaintiff denies that Defendants Prairie Material Sales, Inc., and Nabil Loudani were less than 25% of the total fault in this occurrence.

2. Plaintiff admits the existence of 735 ILCS 5/2-1117 but denies that Defendant were only severally liable and asserts that the Defendants are jointly liable.

## THIRD AFFIRMATIVE DEFENSE

1. Plaintiff denies the allegations contained in paragraph 1 and demands strict proof by Defendants of who other than the Defendants were responsible for this occurrence.

2. Plaintiff acknowledges the existence of the Joint Tortfeaser Contribution Act, 740 ILCS 100/0.01 et seq. However, Plaintiff demands strict proof that there are additional tortfeasers besides Defendants in this matter.

WHEREFORE, Plaintiff requests that judgment be entered in favor of the Plaintiff and against the Defendant.

## FOURTH AFFIRMATIVE DEFENSE

1. Plaintiff denies the allegations in paragraph 1 under the Collateral Source Rule.

WHEREFORE, Plaintiff requests that judgment be entered in favor of the Plaintiff and against the Defendant.

   /s/ Daniel V. O'Connor   
Attorneys for Plaintiff(s)

Daniel V. O'Connor
Telly C. Nakos
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822